UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOU UN WONG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHRISTINA K. DAWSON, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-03814-JD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION, AND REMANDING CASE**<br><br>Re: Dkt. No. 3 |

In this unlawful detainer action, this is defendants' second attempt to remove the very same action, Santa Clara Superior Court Case No. 20CV371561, from state court to federal court. For defendants' first attempt, District Judge Edward J. Davila ordered the case remanded sua sponte. *See* Case No. 5:21-cv-01006-EJD, Dkt. No. 7 (N.D. Cal. Mar. 15, 2021). Defendants then filed another notice of removal in this case. Dkt. No. 1.

Magistrate Judge Virginia K. DeMarchi has filed a report recommending remand for the same reason Judge Davila previously ordered remand -- because there is no basis for federal subject matter jurisdiction over this state law unlawful detainer action. Dkt. No. 3. The pro se defendants have not filed any response to the report and recommendation, and the time for responding has passed. Dkt. No. 3 at 3; Fed. R. Civ. P. 72.

The Court adopts the report and recommendation in full, and orders the case remanded to the Superior Court of California for the County of Santa Clara. Defendants are advised that any further attempts to remove this matter will likely result in sanctions.

**IT IS SO ORDERED.**

Dated: October 6, 2021

_____
JAMES DONATO
United States District Judge